UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) Chapter 7, No. 19-40110-EDK |
| RANDY J. HOULE | ) |
| Debtor | ) |

## MOTION TO EXTEND DEADLINE TO
## OBJECT TO DEBTOR'S EXEMPTIONS AND DISCHARGE

Now comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Trustee in the above-captioned case ("Trustee"), and he does hereby request an extension of the deadline to file objections to the Debtor's claims of Exemption and Discharge. In support of this Motion, the Trustee respectfully represents that:

1. On January 21, 2019, the above-named Debtor filed a Voluntary Petition under the provisions of Chapter 7 of the Bankruptcy Code.

2. On January 22, 2019, JONATHAN R. GOLDSMITH accepted the appointment as Chapter 7 Trustee for the above-entitled estate.

3. The Section 341 Meeting of Creditors in this case was convened on February 27, 2019.

4. The Trustee states that additional time is needed so that he can continue his investigation into the Debtor's assets and exemptions.

5. As a result, the Trustee hereby requests an extension of the deadline for filing objections to the Debtor's claims of Exemption and Discharge until August 30, 2019.

WHEREFORE, the Trustee respectfully requests that the date for the Trustee to object to the Debtor's claims of Exemptions and Discharge be extended to August 30, 2019, and for other and further relief as the Court deems just and proper.

                    JONATHAN R. GOLDSMITH, TRUSTEE IN
                    BANKRUPTCY FOR RANDY J. HOULE

Dated: 6/28/19

                  By: */s/ Jonathan R. Goldsmith, Esq.*
                  JONATHAN R. GOLDSMITH, ESQ.
                  (BBO No. 548285)
                  GOLDSMITH, KATZ & ARGENIO, P.C.
                  1350 Main Street, Suite 1505
                  Springfield, MA 01103
                  Tel. (413) 747-0700

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) Chapter 7, No. 19-40110-EDK |
| RANDY J. HOULE | ) |
| Debtor | ) |

## CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of GOLDSMITH, KATZ & ARGENIO, P.C., 1350 Main Street, Suite 1505, Springfield, Massachusetts, do hereby certify that I have served a copy of the within Motion to Extend Time to Object to Debtor's claims of Exemption and Discharge upon those parties listed below by electronic mail or by mailing, first class mail, postage prepaid, on this 28th day of June, 2019:

OFFICE OF THE U.S. TRUSTEE
446 Main Street, 14th Floor
Worcester, MA 01608

RANDY J. HOULE
7 Hidden Way
Chelmsford MA 01824

Nathan R. Soucy, Esq.
Soucy Law Office
375 Gorham Street
Lowell, MA 01852

/s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.